UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| **JORGE JAVIER MATA,** | § | |
| Plaintiff, | § | |
| v. | § | CIVIL NO. A-25-CV-00004-ADA |
| **EXPEDIA GROUP, INC.,** | § | |
| Defendant. | § | |

### ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Before the Court is the Report and Recommendation of United States Magistrate Judge Susan Hightower. ECF No. 22. The report recommends Defendant's Motion to Dismiss Pursuant to Federal Rules of Civil Procedure Rule 12(b)(4), (5), and (6) (ECF No. 12) be **GRANTED** and Plaintiff's claims be **DISMISSED WITH PREJUDICE**. The report and recommendation was filed on August 7, 2025.

A party may file specific, written objections to the proposed findings and recommendations of the magistrate judge within fourteen days after being served with a copy of the report and recommendation, thereby securing *de novo* review by the district court. 28 U.S.C. § 636(b); Fed. R. Civ. P. 72(b). As of today, neither party has filed objections.

When no objections are timely filed, a district court reviews the magistrate judge's report and recommendation for clear error. *See* Fed. R. Civ. P. 72 Advisory Committee's Note ("When no timely objection is filed, the [district] court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation."). The Court has reviewed the report and recommendation and finds no clear error.

**IT IS THEREFORE ORDERED** that the Report and Recommendation of United States Magistrate Judge Hightower (ECF No. 22) is **ADOPTED**.

**IT IS FURTHER ORDERED** that Defendant's Motion to Dismiss (ECF No. 12) is **GRANTED** in accordance with the Report and Recommendation.

**IT IS FURTHER ORDERED** that Plaintiff's Complaint is **DISMISSED WITH PREJUDICE**.

An order entering final judgment in favor of Defendant[1] shall be filed separately.

**SIGNED** this 28th day of August, 2025.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE

---

[1] While the Report and Recommendation recommends entering final judgment for Plaintiff, this appears to be a scrivener's error. ECF No. 22.